# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### DOCKETING STATEMENT

**Case Number:**

**Short Case Caption:** Patel v. USCIT

**Filing Party** Raj K. Patel

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

petition for a writ of mandamus

Relief awarded below (if damages, specify):     ☐ None/Not Applicable

issue writ

Briefly describe the judgment/order appealed from:

clerk of court for international trade privately rejected and sent back the complaint without issuing a case number

| Nature of Judgment (select one:) | Date of Judgment: |
|---|---|
| ☐ Final Judgment, 28 USC § 1295 <br> ☐ Rule 54(b) <br> ☐ Interlocutory Order (specify type) _____ <br> ☐ Other (explain) _____ | |

Date: 7/31/2026

Signature: _____

Name:     Raj K. Patel